UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN BURKE

Plaintiff,

-v-

CULLEN & TROIA, P.C., and KENMORE ASSOCIATES, L.P.

Defendant.

Case No. 12-CIV-4280 (GBD)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Cullen & Troia, P.C.            (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** July 6, 2012

*Signature of Attorney*

**Attorney Bar Code:** RG6958

Form Rule7_1.pdf  SDNY Web 10/2007