# WEISBERG & MEYERS, LLC
## ATTORNEYS FOR CONSUMERS
(PLEASE DIRECT MAIL TO OUR CORPORATE OFFICE IN PHOENIX)
5025 NORTH CENTRAL AVE, #602
PHOENIX, ARIZONA 85012
WWW.ATTORNEYSFORCONSUMERS.COM
TOLL FREE NATIONWIDE 1-888-595-9111
866-565-1327 FACSIMILE

EXTENSION: 412
E-MAIL: DKURZ@ATTORNEYSFORCONSUMERS.COM

WRITER LICENSED IN:
NEW YORK; TEXAS
GEORGIA, NEW JERSEY AND
WASHINGTON

July 9, 2012

Sent Via Facsimile to: (212) 805-6737

Hon. George B. Daniels
United States Courthouse
500 Pearl St.
New York NY 10007-1312

SO ORDERED:

_George B. Daniels_, U.S.D.J.

Dated: JUL 16 2012

RE:  Brian Burke v. Cullen & Troia, P.C. and Kenmore Associates, L.P.
     Case No. 1:12-cv-04280-GBD

Dear Judge Daniels:

Please be advised that I represent the Plaintiff in this action. At this time, I would respectfully request that I be permitted to appear telephonically for the upcoming Initial Pretrial Conference set for August 9, 2012, as I will be out of state on that date in connection with another matter. I can either call in or be reached for said conference at 404-975-0311.

Thank you for your kind courtesies and consideration in this regard. Please feel free to have any member of your staff contact me with any questions or concerns regarding this request.

Respectfully submitted,

*Dennis R. Kurz*
*Signed Electronically*
Dennis R. Kurz
Attorney at Law

CC:

Robert J. Grande, Esq.
*Cullen & Troia, P. C.*
925 Westchester Avenue, Suite 400
White Plains, New York 10604

Wayne L. Desimone
Attorney at Law
45 West 34th Street, Suite 900
New York NY 10001