UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN BURKE ) | |
| ) | Case No. 12-cv-04280-GBD |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL CASE MANAGEMENT** |
| ) | **PLAN AND SCHEDULING ORDER** |
| CULLEN & TROIA, P.C., and ) | |
| KENMORE ASSOCIATES, L.P., ) | |
| ) | |
| Defendants ) | |

After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of civil Procedure.

1. No Additional parties may be joined after **October 4, 2012.**

2. No amendment to the pleadings will be permitted after **October 4, 2012.**

3. Except for good cause shown, all **discovery** shall be commenced in time to be completed by **November 1, 2012.**  The court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 days period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery.  In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court.  The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4. **Dispositive motions** are to be served by **December 6, 2012.**  Answering papers are to be served within 14 days.  Reply papers are to be served within seven (7) days.  In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision on the motion.  The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

5. A final **pretrial conference** will be held on **January 3, 2013 at 9:30 a.m.**

6. The **Joint Pretrial Order** shall be filed no later than **February 7, 2013.** The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

8. The parties shall be **ready for trial** within 48 hours, notice on or after **March 14, 2013.** The estimated trial time is **1-2 days**, and this is a **jury** trial.

9. The Next **Case Management Conference** will be held on **November 8, 2012 at 9:30 a.m.**

Dated: July ____, 2012
New York, New York

                                      SO ORDERED:

                                      _____
                                      George B. Daniels
                                      United States District judge

/s/ Dennis R. Kurz
Dennis R. Kurz
Attorney for Plaintiff


/s/ Robert J. Grande
Robert J. Grande
Attorney for Defendant Cullen & Troia, P.C.


/s/ Wayne L. Desimone
Wayne L. Desimone
Attorney for Defendant Kenmore Associates, L.P.