UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BRIAN BURKE | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | FILE NO. 1:12-cv-04280-GBD |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | MEMORANDUM OF LAW IN SUPPORT |
| CULLEN & TROIA, PC AND | ) | OF PLAINTIFF'S MOTION TO |
| KENMORE ASSOCIATES, LP | ) | SUBSTITUTE COUNSEL |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Brian Burke ("Plaintiff") moves to substitute Jeanne Lahiff as attorney for Plaintiff in this action in place of Dennis R. Kurz.  The withdrawal and substitution sought here complies with Local Civil Rule 1.4.:

1. There are satisfactory reasons for withdrawal as attested to by Jeanne Lahiff in the declaration attached hereto as Exhibit "A".

2. This matter has not yet been set for trial.

3. Mr. Kurz is/is not asserting a retaining or charging lien.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that all papers and notices be served upon him at the following 5025 N. Central Ave. #602, Phoenix, AZ 85012.

Respectfully submitted this 7th day of September, 2012.

/s/ Jeanne Lahiff
Jeanne Lahiff, Esq
NY Bar No. 2252435
***Weisberg & Meyers, LLC***
80 Broad Street, 5th Floor
New York, NY 10004
(888) 595-9111 ext. 511

(866) 565-1327 (fax)
JLahiff@attorneysforconsumers.com

*Please send correspondence to the address below:*

***Weisberg & Meyers, LLC***
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012

**CERTIFICATE OF SERVICE**

I certify that on September 7, 2012, I electronically filed the foregoing document with the clerk of the U.S. District Court, for the Southern District of New York, using the electronic case filing system of the court. Notification was sent to counsel of record below via the electronic case filing system of the court on this 7th day of September, 2012.

    Christopher B. Weldon
    Keidel, Weldon & Cunningham, LLP
    925 Westchester Ave., Ste. 400
    White Plains NY 10604

    Wayne L. Desimone
    Attorney at Law
    45 West 34th Street, Suite 900
    New York NY 10001

I also certify that pursuant to Local Civil Rule 1.4., a copy of this Motion to Substitute Counsel has been mailed to Plaintiff Brian Burke, Wesiberg & Meyers, LLC's client.

                                                s/ Tremain Davis
                                                Tremain Davis