UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN BURKE ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | FILE NO. 1:12-cv-04280-GBD |
| ) | |
| vs. ) | |
| ) | |
| ) | DECLARATION OF JEANNE LAHIFF IN |
| CULLEN & TROIA, PC AND ) | SUPPORT OF PLAINTIFF'S MOTION |
| KENMORE ASSOCIATES, LP ) | TO SUBSTITUTE COUNSEL |
| ) | |
| Defendants. ) | |
| ) | |

I, Jeanne Lahiff, hereby declare under penalty of perjury that the following facts are true and correct:

1. I am an associate of the law firm of Weisberg & Meyers, LLC.

2. I submit this Declaration in support of Plaintiff's motion to substitute myself as counsel in the above captioned matter.

3. There are satisfactory reasons for withdrawal in that, effective August 20, 2012, Mr. Kurz is no longer employed by Weisberg & Meyers, LLC.

4. This matter has not yet been set for trial.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 7, 2012

/s/ Jeanne Lahiff
Jeanne Lahiff, Esq
NY Bar No. 2252435
***Weisberg & Meyers, LLC***
80 Broad Street, 5th Floor
New York, NY 10004
(888) 595-9111 ext. 511
(866) 565-1327 (fax)
JLahiff@attorneysforconsumers.com