UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------, x
:
Brian Burke,                                        :
                     Plaintiff,       :
:                              ORDER OF REFERENCE
:                              TO A MAGISTRATE JUDGE
  -v-                                              :
:                              12 Civ. 4280 (GBD)(GWG)
:
Cullen & Troia, P.C. and Kenmore Associates, L.P.,   :
                  Defendants.   :
:
------------------------------------------------------------------ x

DATE FILED: SEP 19 2012

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| | | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| ___ | Specific Non-Dispositive Motion/Dispute: | | |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| __X__ | Settlement | | |
| | | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | |
| | | | All such motions:__ |

Dated: September 19, 2012

SO ORDERED:

_____
George B. Daniels
United States District Judge