UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMO...

| | |
|---|---|
| BRIAN BURKE ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | FILE NO. 1:12-cv-04280-GBD |
| ) | |
| vs. ) | |
| ) | |
| ) | NOTICE OF MOTION TO SUBSTITUTE |
| CULLEN & TROIA, PC AND ) | COUNSEL |
| KENMORE ASSOCIATES, LP ) | |
| ) | |
| Defendants. ) | |

Pursuant to Local Civil Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York, and upon the Annexed Declaration in support of this Motion, Plaintiff Brian Burke moves this Court for an Order to substitute Jeanne Lahiff as counsel for Plaintiff in this action in place of Dennis R. Kurz.

Respectfully submitted this 7th day of September, 2012.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/12

/s/ Jeanne Lahiff
Jeanne Lahiff, Esq
NY Bar No. 2252435
*Weisberg & Meyers, LLC*
80 Broad Street, 5th Floor
New York, NY 10004
(888) 595-9111 ext. 511
(866) 565-1327 (fax)
JLahiff@attorneysforconsumers.com

*Please send correspondence to the address below:*

*Weisberg & Meyers, LLC*
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012

As to Docket #18,
Substitution granted
conditional on Ms. Lahiff
filing a notice of appearance.

SO ORDERED. DATE 9/21/2012

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE