# KEIDEL, WELDON & CUNNINGHAM, LLP

ATTORNEYS AT LAW

925 Westchester Avenue, Suite 400
White Plains, New York 10604

Telephone: (914) 948-7000
Telefax: (914) 948-7010 (Not for Service)
http://www.kwcllp.com

MEMORANDUM E[NDORSED]

September 26, 2012

**_Via Facsimile: 212-805-4268_**
The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/12

    Re:    ***Brian Burke v. Cullen & Troia, P.C. and Kenmore Associates, L.P.***
            ***Case No. 12 CIV 4280***
            ***Our File:   10895***

Dear Judge Gorenstein:

    We represent Defendant Cullen & Troia, P.C. in the above matter. We are in receipt of the order scheduling a settlement conference for October 29, 2012 in the above matter. Unfortunately, the insurance adjuster handling this case for us is not available on October 29, 2012. We contacted all other counsel and they have consented to an adjournment. Pursuant to your rules, we called your clerk, Andrew, and consulted with all parties related to a new date and time. It appears that the Court and all parties are available for the settlement conference on **November 2, 2012 at 2:30 p.m.** and all parties have agreed to this scheduling. Accordingly, we respectfully request that the Court reschedule the conference for **November 2, 2012 at 2:30 p.m.**

    Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact us.

Very truly yours,

Robert J. Grande, Esq.

*Ginted. letter due at 11:00 am on Oct. 30, 2012*

RJG
cc:    Jeanne Lahiff, Esq. (Via facsimile 866-577-0963)
        Wayne L. Desimone, Esq. (Via Facsimile 516-708-9522)

SO ORDERED   DATE 9/27/12

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

WHITE PLAINS, NY  •  NEW YORK, NY  •  SYRACUSE, NY  •  WILTON, CT  •  WARWICK, RI
BAYONNE, NJ  •  PHILADELPHIA, PA