```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BRIAN BURKE,                                    :

            Plaintiff,                  :        <u>ORDER</u>

   -v.-                                         :
                                                                               12 Civ.4280 (GBD) (GWG)
CULLEN & TROIA, P.C. and                        :
KENMORE ASSOCIATES, L.P.
           Defendants.                :
----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      In light of the disruptions caused by Hurricane Sandy, the settlement conference is adjourned to <u>Friday, November 30, 2012, at 10:00 a.m.</u> in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

      The letters required under the Court's previous Order are due at 12:00 noon on November 27, 2012.

      SO ORDERED.

Dated: November 4, 2012
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge